No. 3829.

(Court of Appeal, Parish of Orleans.)

W. H. HOWCOTT vs. P. G. RIDDELL, et al.

Appeal from Civil District Court, Division "A."

J. C. Davey, Jr., for Defendant and Appellant.

W. W. Wall, for Plaintiff and Appellee.

Zengel Thomas & Suthon, for Defendant and Appellee.

ESTOPINAL, J. In this case by consent of counsel in writing and filed herein, it is ordered that the Judgment appealed from be, and the same is hereby affirmed.